Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
   Fisher & Hayes LLP
112 Madison Avenue
New York New York  10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL  62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Lloyd J. and Vicki R. Wimer, vs. Pfizer, Inc.,.*<br>*MDL No. 06-6939:* <u>Plaintiff Lloyd Wimer and Vicki R. Wimer</u> | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Lloyd Wimer and Vicki R. Wimer, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Lloyd Wimer and Vicki R. Wimer's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009     By: _____
                                Jayne Conroy
                                **HANLY CONROY BIERSTEIN**
                                **SHERIDAN FISHER & HAYES LLP**
                                112 Madison Avenue
                                New York, New York  10016-7416
                                (212) 784-6400
                                (212) 784-6420 (Fax)
                                Email: jconroy@hanlyconroy.com

                    -and-

                                **SIMMONSCOOPER LLC**
                                707 Berkshire Blvd.
                                East Alton, IL  62024
                                (618) 259-2222
                                (618) 259-2251 (Fax)

                                *Counsel for Plaintiff.*

Dated: ____March 11__, 2009     By: _____
                                Michelle W. Sadowsky
                                **DLA PIPER US LLP**
                                1251 Avenue of the Americas
                                New York, New York  10020-1104
                                (212) 335-4625
                                (212) 884-8675 (Fax)

                                *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ____March 30__, 2009     By: _____
                                United States District Court

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE